IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERIC WHITE                                                        PLAINTIFF

vs.                                    Civil No. 4:10-cv-4116

SHERIFF RON STOVALL, et al.                                      DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed December 15, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6).   Judge Bryant recommends that Plaintiff's claims against Defendants Linda Cutshall, Shannon Tuckett, Brent Haltom, Hardy Sheppard, and Mary Pankey be dismissed on the grounds that the claims are frivolous, fail to state claims upon which relief can be granted, and seek relief against defendants who are immune from suit.   The parties have not filed objections to the Report and Recommendation, and the time to object has passed.[1]   *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims against Linda Cutshall, Shannon Tuckett, Brent Haltom, Hardy Sheppard, and Mary Pankey are **DISMISSED**.   Plaintiff's claims regarding his denial of access to the law library, denial of an adequate grievance procedure, and denial of medical care against Sheriff Ron Stoval, Warden G. Turner, and Nurse Williams remain.

**IT IS SO ORDERED**, this 4th day of January, 2011.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge

---

[1] On January 3, 2011, Plaintiff filed two supplements to his Complaint (Docs. 11 and 12), which appear to be copies of grievance forms he filed in December 2010.  However, Plaintiff has not filed any objections to the Report and Recommendation (Doc. 6).