IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


ERIC L. WHITE                                                                              PLAINTIFF


VS.                                  Civil No. 4:10-CV-04116


SHERIFF RON STOVALL, *et al.*                                                     DEFENDANTS

## JUDGMENT

Before the Court are the Report and Recommendations filed December 29, 2011, by the

Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District

of Arkansas. (ECF Nos. 38 and 39).  Judge Marschewski recommends that the motion for judgment

on the pleadings (ECF No. 23) be granted as to Stovall and Turner and the motion for summary

judgment (ECF No. 26) be granted as to Williams. The parties have not filed objections to the Report

and Recommendations, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the

Court adopts the Report and Recommendations *in toto*.

Plaintiff's claims as to separate Defendant Williams are **DISMISSED WITH PREJUDICE**.

The motion for summary judgment (ECF No. 26) is **GRANTED**.

Plaintiff's claims as to separate Defendants Ron Stovall and Gary Turner are **DISMISSED**.

The motion for judgment on the pleadings (ECF No. 23) is **GRANTED**.

**IT IS SO ORDERED**, this 18th day of January, 2012.


/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge